UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
RENE E. GUTIERREZ, et al.,

                   Plaintiffs,                  JUDGMENT
                                                             16-CV-4571 (ERK) (JO)

- against –

BRAGA CORP., et al.,

                   Defendants.
------------------------------------------------------------ X

An Order of Honorable Edward R. Korman, United States District Judge, having been filed on October 2, 2018, adopting the Report and Recommendation of Magistrate Judge James Orenstein, dated September 12, 2018, granting the motion; and approving the settlement; it is

ORDERED and ADJUDGED that the motion is granted; and that the settlement is approved.

| | |
|---|---|
| Dated: Brooklyn, NY<br>October 3, 2018 | Douglas C. Palmer<br>Clerk of Court |
| | By:  */s/Jalitza Poveda*<br>       Deputy Clerk |